4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

*United States District Court*
*Southern District of Texas*
**ENTERED**
**SEP 0 4 1998**
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER

*Michael N. Milby, Clerk of Court*

| | | |
|---|---|---|
| LARRY GONZALEZ | § § | |
| VS. | § | CIVIL ACTION NO. B-98-098 |
| FORD MOTOR COMPANY, ET AL. | § § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE**<br>**500 E. 10TH STREET**<br>**BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **SEPTEMBER 17, 1998 AT 2:00 P.M.** | **SEPTEMBER 21, 1998 AT 2:00 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 2, 1998

TO:     MS. TRICIA HERNDEN
        MR. JAIME A. SAENZ
        MR. JOHN R. KINNEY