5

United States District Court
Southern District of Texas
ENTERED

SEP 24 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP 21 1998

Michael N. Milby, Clerk of Court

## ORDER

| | | |
|---|---|---|
| LARRY GONZALEZ | § § | |
| VS. | § | CIVIL ACTION NO. B-98-098 |
| FORD MOTOR COMPANY, ET AL. | § § | |

TYPE OF CASE:     __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE
(WILL NOT BE HELD TELEPHONICALLY)**

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>500 E. 10TH STREET<br>BROWNSVILLE, TEXAS | SECOND FLOOR COURTROOM, #2 |

| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
|---|---|
| SEPTEMBER 21, 1998 AT 2:00 P.M. | OCTOBER 5, 1998 AT 2:00 P.M. |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 21, 1998

TO:   MS. TRICIA HERNDEN
      MR. JAIME A. SAENZ
      MR. JOHN R. KINNEY