United States District Court
Southern District of Texas
ENTERED

OCT 0 6 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

LARRY GONZALEZ          (
                        )
VS.                     (   CIVIL ACTION NO. B-98-098
                        )
FORD MOTOR COMPANY, ET AL (

**PROPOSED ORDER**

ON THE 5th day of October, 1998, came to be heard the written motion of TRICIA K. HERNDEN, an attorney in good standing, licensed to practice in the State of Texas, for permission to be allowed to appear as Attorney in Charge for the Plaintiff, LARRY GONZALEZ in the above entitled and numbered cause. The Court finds that the motion is in order and should be GRANTED/DENIED.

IT IS ACCORDINGLY, ORDERED, ADJUDGED AND DECREED that TRICIA K. HERNDEN is permitted to appear before the United States District Court For the Southern District of Texas in behalf of the Plaintiff, LARRY GONZALEZ, as Attorney In Charge pursuant to the authority of Local Rule 1(K) in the above entitled and numbered cause.

SIGNED this 5th day of October, 1998.

_____
JUDGE PRESIDING