11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

JAN 1 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

LARRY GONZALEZ §
 §
VS. § CIVIL ACTION NO. B-98-098
 §
FORD MOTOR COMPANY, ET AL. §

## SCHEDULING ORDER

1. Trial: Estimated time to try: __4__ days.   ___ Bench  _X_ Jury

2. New parties must be joined by:   No new parties will be joined
   Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by: January 8, 1999

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   May 14, 1999
   Counsel may by agreement, continue discovery beyond the
   deadline, but there will be no intervention by the court; no
   continuance will be granted because of information acquired
   in post-deadline discovery.

6. Motions will be filed by:   March 17, 1999

******************** The court will provide these dates.   ************************

7. Final Pre-trial conference is set for: 1:30 p.m.   6-3-99

8. Joint pretrial order is due:   5-19-99
   The plaintiff is responsible for filing the pre-trial order on time.

9. ~~Trial is set starting, Monday, 9:00 a.m.~~ Motion Hearing at 1:30 pm   5-25-99
   ~~If the case is not reached then, it will remain on standby until tried.~~

Signed January 19th, 1999, at Brownsville, Texas.

*Hilda Tagle*

Hilda G. Tagle
United States District Judge

Counsel, please sign on the back.