IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 22 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LARRY GONZALEZ, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-098 |
| | § | |
| FORD MOTOR COMPANY; | § | |
| "UNIDENTIFIED FORD DEALERSHIP"; | § | |
| and ROLLINS LEASING CORP., | § | |
| Defendants | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came to be heard an Agreed Motion to Dismiss with Prejudice in the above-styled and numbered cause, seeking a full and final dismissal with prejudice of Plaintiff's claims and causes of action against Ford Motor Company, "Unidentified Ford Dealership," and Rollins Leasing Corp. (hereinafter "Defendants").

The Court is of the opinion that Plaintiff Larry Gonzalez, having entered into a Compromise Settlement Agreement and Release with Defendants which settles and releases all of the Plaintiff's claims or causes of action against the Defendants, no longer desires to prosecute this matter against the Defendants.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendants Ford Motor Company, "Unidentified Ford Dealership," and Rollins Leasing Corp. are DISMISSED WITH PREJUDICE to the rights of Plaintiff to refile any claims or causes of action against Defendants arising out of the June 7, 1996 accident which is the basis of this lawsuit. Each party is to be responsible for their own costs and attorneys' fees.

SIGNED this the 19 day of \_\_\_March\_\_\_, 1999.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND CONTENT:

By: \_\_\_/s/ Tricia Hernden\_\_\_
TRICIA HERNDEN
State Bar No. 09523300
Law Offices of Tricia Hernden

111 Soledad, Suite 1802
San Antonio, Texas 78205
(210) 271-3555
(210) 271-3922 (Telecopier)

Attorney for Plaintiff, Larry Gonzalez

By: \_\_\_/s/ John E. Kinney\_\_\_
JOHN E. KINNEY
State Bar No. 11485000
JEFF L. ROSE
State Bar No. 00791517
Strasburger & Price, L.L.P.

2600 One American Center
600 Congress Avenue
Austin, Texas 78701-3248
(512) 499-3600
(512) 499-3660 (Telecopier)

Attorneys for Defendant
Rollins Leasing Corp.

By: _____
      JAIME A. SAENZ
      State Bar No. 17514859

Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 (Telecopier)

Attorney for Ford Motor Company
and "Unidentified Ford Dealership"